AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTERN | DISTRICT OF | NEW YORK |

ANTHEM LEATHER INC.,

       Plaintiff,

v.

KAMINO INT'L TRANSPORT, INC.

       Defendant.

**APPEARANCE**

Case Number: 08-cv-03509 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Kamino International Transport, Inc.

I certify that I am admitted to practice in this court.

| 5/6/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Frances Pierson Hadfield | FH 5446 |
|---|---|
| Print Name | Bar Number |

399 Park Ave, 25th Floor
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 557-4000 | (212) 557-4415 |
|---|---|
| Phone Number | Fax Number |